UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GABRIEL ORION LOWTHER,<br><br>　　　　Defendant. | ) INDICTMENT CR 13-174 DSD/TNL<br>)<br>) 21 U.S.C. § 841(a)(1)<br>) 21 U.S.C. § 841(b)(1)(A)<br>) 21 U.S.C. § 846<br>) 21 U.S.C. § 853<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Conspiracy to Distribute Methamphetamine)

Beginning in or about August 2012, and continuing through in or about June 2013, in the State and District of Minnesota and elsewhere, the defendant,

**GABRIEL ORION LOWTHER,**

did unlawfully, knowingly and intentionally conspire with others, known and unknown to the grand jury, to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

SCANNED
JUL 0 9 2013
U.S. DISTRICT COURT ST. PAUL

United States v. Gabriel Orion Lowther

## FORFEITURE ALLEGATION AS TO DRUG COUNT

If convicted of Count 1 of this indictment, the defendant,

**GABRIEL ORION LOWTHER,**

shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation; and any substitute for such property under Title 21, United States Code, Section 853(p); all pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____           _____
UNITED STATES ATTORNEY              FOREPERSON